■ Delmonico Hotel Company, Appellant, v Charles C. Rumsey, Jr., Respondent. [657 NYS2d 549] —Order, Appellate Term of the Supreme Court, First Department, entered October 24, 1996, which affirmed the order of Civil Court, New York County (James Grayshaw, J.), entered on or about April 6, 1995, unanimously affirmed for the reasons stated by the majority at said Appellate Term, without costs and disbursements. No opinion. Concur—Murphy, P. J., Ellerin, Nardelli, Williams and Andrias, JJ.